# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JASON BEARD,**

    *Plaintiff*,

    **v.**                                     Case No**: 8:23-cv-884-SDM-CPT**

**SHIVA FINANCE, LLC d/b/a CC FLOW,
TOTAL LOAN SERVICES, LLC, AMIGA
SERVICES, LLC,** *and* **CAPITAL
COMMUNITY BANK, INC.,**

    *Defendants.*

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

    Plaintiff, Jason Beard, and Defendants, Shiva Finance, LLC, Total Loan Services, LLC, Amiga Services, LLC, and Capital Community Bank, Inc., have resolved this matter between themselves by mutual agreement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES Defendants with prejudice, each party to bear their own costs and attorneys' fees.

    Submitted this August 14, 2023, by:

> /s/ *Brandon D. Morgan*
> Brandon D. Morgan, Esq.
> Florida Bar Number: 1015954
> Seraph Legal, P. A.
> 1614 N. 19th St.
> Tampa, FL 33605
> (813) 567-1230
> bmorgan@seraphlegal.com
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954